# The State of New Hampshire

RECEIVED JUN 04 2012
By _____

THE STATE OF NEW HAMPSHIRE, Merrimack County
FRANKLIN DISTRICT COURT
7 HANCOCK TERRACE
FRANKLIN, NEW HAMPSHIRE 03235
603-934-3290

Case Number 2012 SC 144

## SMALL CLAIM COMPLAINT

**PLAINTIFF**

Name: Cecily Remy
Street/No.: 10A Peabody ST
City/State: Tilton, NH
Zip Code: 03276

The Plaintiff claims that the Defendant named below owes the Plaintiff $ 6,000.00 (Amount)

because (description of the claim): Contractual neglect, non-compliance w/ referring me to a specialist to fill continuing disability forms out, erroneous prescription, which resulted in going w/out diabetic meds for 1 week, as well as violation of HIPPA rights, which resulted in leaving facility, and incurring 3 months of lost wages 2,000/mo equaling 6,000 per ins. policy

Amount of Claim $ 6,000
Court Costs $ 127.00
Total $ 6,127.00

Date: 6/1/12
Plaintiff's Signature: Cecily Remy

* See additional correspondence w/ Healthfirst, Rick Silverberg, executive Director, reg's a physician to sign forms every month

**DEFENDANT**

Name: Healthfirst
Phone #: 934-1150
Case Number: 2012 SC-144
P.O. Address: 841 Central ST. Franklin, NH
City/State:
Zip Code:

Residence Address if Different _____

IF YOU ARE SUING A CORPORATION, YOU MUST LIST THE NAME AND ADDRESS OF THE CORPORATE OFFICER TO BE SERVED.

## INSTRUCTIONS TO THE DEFENDANT

If you do not believe you owe the claim, you should write to the clerk of court by the "RETURN DATE", 7/2/2012 and ask for a hearing. A date for a hearing will then be set. You may use this form to ask the court for a hearing. Separate this portion of the form and send it to the court at the address shown at the top of this complaint. You will hear from the clerk when you are to come to court. For further instructions, see reverse side.

If you do not let the court know that you want a hearing, the court will rule in favor of the plaintiff and you will be ordered to pay this claim.

Date: June/2012

Note: Claims over $1,500 entitle the defendant to request a jury trial.

NH JB-2370-D     DEFENDANT

Exhibit A


RECEIVED
JUN 0 4 2012

# NOTICE TO THE DEFENDANT

## Case No. 437-2012-SC-00144

You have been sent a Small Claim Complaint which serves as notice that this action has been filed against you in the District Court. You are required to file an answer with the court **on or before the Return Date** noted on the bottom of the complaint. If you believe that you owe the obligation, you can complete the section at the bottom of this form and return it to the Court as soon as possible. If you contest the claim, you can file an answer by signing and returning the appearance located on the lower back portion of the complaint. Failure to file a written response by the Return Date will result in a **default judgment** being entered against you. Please contact the clerk at the phone number noted at the top of the complaint if you have any questions.

**\*\*PLEASE NOTE\*\*** the fee for transferring a small claim case to the Superior Court for jury trial is $108.00 effective 7/1/2009.

**I agree that I owe the debt claimed in the small claim action enclosed with this notice and I confess judgment.**

Signed:_____         Date of Birth:_____

Printed Named:_____

Phone:_____

Mailing Address:_____

Residence Address:_____

cc: client via email

RCVD AUG 29 2012



# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

6th Circuit - District Division - Franklin
7 Hancock Terrace
Franklin NH 03235

Telephone: (603) 934-3290
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF HEARING

CINDE WARMINGTON, ESQ
SULLOWAY & HOLLIS PLLC/CAPITOL STREET
NINE CAPITOL STREET
PO BOX 1256
CONCORD NH 03302-1256



Case Name:   **Cecily Remy v. Health First**
Case Number: **437-2012-SC-00144**

The above referenced case(s) has/have been scheduled for:

**Merits/Mediation**

Date: October 18, 2012          7 Hancock Terrace
                                Franklin NH  03235
Time: 1:00 PM

If you are unable to appear at this scheduled hearing, you must request a continuance from the Court in writing at least <u>10 days</u> in advance of the hearing date. You must also send a copy of the request to the opposing party. Motions to continue filed fewer than 10 days in advance of hearing will only be granted if the Court finds that an emergency or exceptional circumstance exists. You must appear on the scheduled date unless you receive notification from the Court that a request to continue the hearing has been granted.

If the defendant(s) do(es) not appear and the court makes a finding for the plaintiff, the court may proceed immediately to the assessment of damages. If the plaintiff(s) do(es) not appear, it may result in a dismissal.

Multiple cases are scheduled at this time. Please notify the court 15 days prior to the hearing date above if the hearing is expected to last longer than <u>30</u> minutes.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

August 13, 2012                                    LoriAnne Dionne
                                                   Clerk of Court

(087)
C:  Cecily Remy